**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-7674**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

CURTIS ALLEN YOUNG,

        Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Arenda Wright Allen, District Judge. (2:01-cr-00227-AWA-1)

Submitted: February 26, 2013    Decided: February 28, 2013

Before MOTZ, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Curtis Allen Young, Appellant Pro Se. Timothy Richard Murphy, Special Assistant United States Attorney, Newport News, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Curtis Allen Young appeals the district court's order denying his motion seeking a reduction of his sentence under 18 U.S.C. § 3582(c)(2) (2006). We court review the denial of a § 3582(c)(2) motion for abuse of discretion. United States v. Munn, 595 F.3d 183, 186 (4th Cir. 2010). We have reviewed the record and conclude that, as the district court held, Young is ineligible for the reduction he seeks. Id. at 187. To the extent Young also seeks a reduction of his sentence under Amendments 599 and 750 of the Sentencing Guidelines, neither amendment is assists him.

AFFIRMED